AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

ANDRE MARTIN #1025049,

      Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER:  **3:11-cv-00143-LRH-RAM**

WARM SPRINGS CORRECTIONAL
CETNER, et al.,

      Defendants.

____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is DISMISSED with prejudice for failure to state a claim for which relief may be granted.

| | |
|---|---|
| May 13, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |